452 A.2d 68

Commonwealth v. Westfall, Appellant.

Submitted May 5, 1981. Thomas G. Klingensmith, Assistant

Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and CAVANAUGH, JJ.

The judgment of sentence of the lower court is affirmed.